**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

| | |
|---|---|
| DONALD L WEDDING<br>SSN: ###-##-5060 | Chapter 13 |
| Debtor | Case No. 16-14265-BFK |

## ORDER

It appearing from the endorsement of the Chapter 13 Trustee hereto that the Plan of this proceeding has been completed and that the previous Order of this Court requiring the employer of the Debtor to withhold and pay the amount of the Plan payment to the office of the Trustee should be terminated, it is

ORDERED, that Stanley Black and Decker, Inc. be and they hereby are authorized to terminate withholding of Plan payments from the wages of the Debtor as was required of them by previous Order of this Court in this Chapter 13 proceeding, and it is further

ORDERED, that the previous Order of this Court requiring Stanley Black and Decker, Inc. to withhold Plan payments from the wages of the Debtor, be and it hereby is terminated.

Dated: Feb 15 2019

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: February 15, 2019

I Ask For This:
_/s/Thomas P. Gorman _____
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 8362226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter Trustee

Stop Wage Order, page 2
Donald L Wedding
Case # 16-14265-BFK

**PARTIES TO RECEIVE COPIES**

Donald L Wedding
Chapter 13 Debtor
11939 Scott Circle  #288
Bealeton, VA 22712-7050

Jeremy Calvin Huang , Esquire
Attorney for Debtor
Woehrle Dahlberg Jones Yao PLLC
10615 Judicial Drive, Suite 102
Fairfax, VA 22030

Stanley Black and Decker, Inc.
ATTN: Payroll Office
Stanley Access Technologies
1000 Stanley Drive
New Britain, CT 06053

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314